UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61946-CIV-SMITH

CARMEN SEMIDEY, as Personal Representative
of the Estate of FLORENCIO SEMIDEY,

    Plaintiff,

v.

GENERAL NOLI USA, INC.,
a Foreign Corporation,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING
## REPORT AND RECOMMENDATION

    This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 14] on Plaintiff's Motion to Remand [DE 5] and Defendant's Objections [DE 18]. Plaintiff filed a response to Defendant's Objections [DE 22]. In his thorough and well-reasoned Report and Recommendation [DE 14], Magistrate Judge Hunt recommends that Plaintiff's Motion to Remand [DE 5] be **GRANTED**.

    A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

    The Court, having considered Judge Hunt's Report, Defendant's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Hunt's well-reasoned analysis and his recommendation that the Motion to Remand be granted. Accordingly, it is

**ORDERED** that:

1. Plaintiff's Motion to Remand [DE 5] is **GRANTED**.

2. The Clerk is directed to **REMAND** this case to the Seventeenth Judicial Circuit in and for Broward County, Florida.

3. Plaintiff's request for an award of just costs and actual expenses, including attorney's fees, incurred as a result of the removal is **DENIED**.

4. All pending motions not otherwise ruled upon are **DENIED as moot.**

5. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 20th day of August 2025.

cc:   counsel of record

RODNEY SMITH
UNITED STATES DISTRICT JUDGE